*Wednesday, April 15, 1998*

## DISCIPLINARY DOCKET

**97–1348. In re James.**
IT IS ORDERED by this court, *sua sponte*, that Aaron Nathaniel James, Attorney Registration No. 0039988, last known address in Cleveland, Ohio, is found in contempt for failure to comply with this

court's order of September 5, 1997, to wit: failure to file an affidavit of compliance on or before October 6, 1997.